IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES EDWARD BOMAN**                                               **PLAINTIFF**
**ADC #651206**

v.                **CASE NO. 5:17-CV-00146 BSM**

**CONNIE HUBBARD, et al.**                                  **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 9] and plaintiff James Boman's timely objections [Doc. No. 11] have been reviewed. After *de novo* review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, Boman's claims against defendants Hurst, Jordan, and Kelley are dismissed, without prejudice.

IT IS SO ORDERED this 20th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE