IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES EDWARD BOMAN                                                      PLAINTIFF
ADC #651206

v.                    CASE NO. 5:17-CV-00146 BSM

CONNIE HUBBARD, et al.                                                  DEFENDANTS

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 40] has been reviewed. No objections have been filed. After a careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, defendants' motions for summary judgment [Doc. Nos. 25, 35] are granted, and the case is dismissed without prejudice for a failure to exhaust administrative remedies.

IT IS SO ORDERED this 29th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE