**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JAMES EDWARD BOMAN**                                                              **PLAINTIFF**
**ADC #651206**

**v.**                                    **CASE NO. 5:17-CV-00146 BSM**

**CONNIE HUBBARD, et al.**                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE